```
 1 │ LAW OFFICES OF MICHAEL D. SCHULMAN
   │ MICHAEL D. SCHULMAN, ESQ. (#137249)
 2 │ 18757 Burbank Blvd., Suite 310
   │ Tarzana, CA  91356-3375
 3 │ (818) 999-5553 / (818) 999-5570 fax
   │ mike@schulmanlawoffices.com
 4 │
 5 │ Attorneys for CITIBANK, N.A.,
 6 │
 7 │
 8 │                UNITED STATES DISTRICT COURT
 9 │                CENTRAL DISTRICT OF CALIFORNIA
10 │
11 │ BRIANA VALDEZ,              )   Case No.:  2:16-CV-06425-GW-JC
12 │         Plaintiff,          )   STIPULATION TO ARBITRATE AND
                                 )   STAY CASE
13 │                             )
   │     v.                      )
14 │                             )
   │ CITIBANK, N.A.,             )
15 │                             )
   │         Defendant.          )
16 │                             )
   │                             )
17 │ _____)
```

18     WHEREAS, on August 29, 2016, plaintiff BRIANA VALDEZ ("PLAINTIFF") filed the

19  Complaint in this action, alleging that defendant CITIBANK, N.A. ("CITIBANK") violated the

20  Telephone Consumer Protection Act 47 U.S.C. § 227 *et seq.* and the Rosenthal Fair Debt

21  Collection Practices Act, Cal. Civ. Code § 1788 *et seq.*, in connection with a credit card

22  account held by PLAINTIFF (Dkt No.1);

23
       WHEREAS, CITIBANK contends that the PLAINTIFF's credit card account is governed
24
    by a Card Agreement with a clause (the "Arbitration Provision") providing for mandatory,
25
26  binding arbitration for any claim, dispute, or controversy between the parties at either party's

27  election;

28

WHEREAS, CITIBANK contends that the PLAINTIFF and CITIBANK are bound by the Card Agreement;

WHEREAS, CITIBANK contends that the PLAINTIFF's claim against CITIBANK is subject to arbitration under the Arbitration Provision; and

WHEREAS, whether there is a valid arbitration agreement is disputed by the PLAINTIFF; however, the parties agree to arbitrate the PLAINTIFF's claim under the Arbitration Provision of the Card Agreement.

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, as follows:

1. The parties will proceed to arbitration before the Judicial Arbitration and Mediation Services ("JAMS") pursuant to the terms set forth in the Arbitration Provision, with CITIBANK to bear PLAINTIFF's portion of the fees to be paid to the arbitration firm (JAMS) and to the arbitrator. CITIBANK will pay its fees within a reasonable time period.

2. Subject to the Court's approval, all proceedings and deadlines, including but not limited to any case management deadlines, shall be stayed pursuant to Section 3 of the Federal Arbitration Act ("FAA"), 9 U.S.C. § 3, pending completion of arbitration, at which time either party may apply to this Court to confirm, vacate, or modify the arbitration award

as set forth in Sections 9 through 11 of the Federal Arbitration Act, 9 U.S.C. §§ 9-11. The Clerk shall administratively close this case until such application, if any, is made.

Dated: November 20, 2016

LAW OFFICES OF MICHAEL D. SCHULMAN

By _____
MICHAEL D. SCHULMAN
Attorneys for CITIBANK, N.A.

Dated: November 29, 2016

PRICE LAW GROUP, APC

By _____
STUART PRICE
DAVID CHAMI
Attorneys for BRIANA VALDEZ

3
STIPULATION AND ORDER TO ARBITRATE AND STAY CASE