JS-6

LAW OFFICES OF MICHAEL D. SCHULMAN
MICHAEL D. SCHULMAN, ESQ. (#137249)
18757 Burbank Blvd., Suite 310
Tarzana, CA  91356-3375
(818) 999-5553 / (818) 999-5570 fax
mike@schulmanlawoffices.com

Attorneys for CITIBANK, N.A.,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANA VALDEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITIBANK, N.A.,<br><br>　　　　　Defendant. | Case No.:  CV 16-6425-GW(JCx)<br><br>ORDER GRANTING STIPULATION TO ARBITRATE AND STAY CASE |

**IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:**

1.　This action is stayed pending completion of arbitration proceedings; and

2.　The clerk shall administratively close the case file.

DATED:  December 2, 2016

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE