Stuart Price (#150439)
Price Law Group, APC
15760 Ventura Boulevard, Suite 800
Encino, CA 91436
T: (818)907-2030
E: stuart@pricelawgroup.com
Attorneys for Plaintiff,
Briana Valdez

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIANA VALDEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITIBANK, N.A.,<br><br>　　　　Defendant. | Case No.: 2:16-CV-06425-GW-JC<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT CITIBANK, N.A. WITH PREJUDICE** |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Briana Valdez, and Defendant, Citibank, N.A., by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice, with each party bearing their own attorneys' fees, costs and expenses. Respectfully submitted this 24th day of January, 2017.

By:/s/ Stuart Price
Stuart Price (#150439)
Price Law Group, APC
15760 Ventura Blvd., Suite 800
Encino, CA 91436
T: (818)907-2030
E: stuart@pricelawgroup.com
Attorneys for Plaintiff,
Briana Valdez

By: Michael D. Schulman (w/consent)
Michael D. Schulman (#137249)
Law Offices of Michael D. Schulman
18757 Burbank Blvd., Suite 310
Tarzana, CA 91356-3375
T: (818)999-5553
E: mike@schulmanlawoffices.com
Attorneys for Defendant,
Citibank, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

/s/ Florence Lirato